FILED

MAY 31 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

1   Joshua Lapin, Pro Se Plaintiff

2   401 E 8th ST
    STE 214 PMB 7452
3   Sioux Falls SD 57103

4   Email: thehebrewhammerjosh@gmail.com

5   Facsimile: (605) 305-3464

6   5/7/2022

7                      **UNITED STATES DISTRICT COURT**

8                      **NORTHERN DISTRICT OF CALIFORNIA**

9                           **IN AND FOR SAN JOSE**

10                                                    **C  22 0315 8**  NC
    Joshua Lapin                                  ) Case No.:
11                                                 )
       Plaintiff,                                  )
12                                                 )
          vs.                                      )
13                                                 )    **COMPLAINT FOR DAMAGES**
    AML Network Limited dba Qpid Network            )
14                                                 )    **1) VIOLATIONS OF SOUTH DAKOTA**
    John Doe Senders 0-5                            )    **RESTRICTIONS ON UNSOLICITED**
15                                                 )    **COMMERCIAL ELECTRONIC MAIL**
       Defendant                                   )
16                                                 )    **(223 counts)**
                                                   )
17                                                 )         **(37-24-41 *et seq*)**
                                                   )
18                                                 )

19

20

21
    _____          **NO JURY DEMAND**
22  _____

23

24

25

26

27

28
                                     1
                                 COMPLAINT

# Complaint

1.    COMES NOW Plaintiff Joshua Lapin, pro per, complaining against Defendant AML Network Limited for ("Advertising") in 223 separate unsolicited commercial emails ("UCE's") or ("Spams"), all of which are in alleged violation of SDCL 37-24-41 *et seq,* hereinafter ("SD Anti-Spam Law"). Further, Plaintiff complains of John Doe Senders 0-5 for ("Initiating"), or ("Sending"), those same spams on AML's behalf:

# PARTIES

2.    Plaintiff Joshua Lapin, is and was at all times relevant herein, a citizen of the United States and a legal resident of Sioux Falls, South Dakota, under the states "RESIDENCY AFFIDAVIT FOR SOUTH DAKOTA RESIDENTS WHO TRAVEL AND DO NOT HAVE A RESIDENCE IN ANOTHER STATE" program, which was designed to provide residency for permanent, or perpetual, travelers. A full-time traveling "digital nomad", who moves from place to place, generally internationally, in 30 day cycles, without a permanent residence in or out of the United States, he qualified at all times material for residency under the laws of South Dakota and maintains a "Personal Mail Box" as required. He maintains a drivers license, voter registration, and Personal Mail Box (PMB) in Sioux Falls, South Dakota, and all three documents list the PMB as his legal address.

3.    Defendant AML Network Limited , as best known to Plaintiff, is and was at all times material a Hong Kong, China principled corporation, owned by Marshall Islands-based ESH Corporation. Per its website amlnetwork.com, it offers "One-stop solutions for online communication

and digital marketing." It owns and operates the Qpid Network, which consists of many, many, many racially and ethnically themed "dating sites." The Qpid network has an affiliate program where independent, third party marketers promote these dating sites, and AML's services, which consistently has lead to such affiliates sending UCE's to many recipients, of which Plaintiff is only one of these 'recipients' and only sues for e-mails that he received personally.

## FACTS

4.    Plaintiff Joshua Lapin is informed and believes and alleges that he has received no less than 223 Unsolicited Commercial Emails ("UCE's") at his email address thehebrewhammerjosh@gmail.com. All UCE's contain one-or-more violations SD Anti-Spam Law, explained in greater detail later in the complaint.

5. Each of the UCE's purport to offer flirtatious offer the recipient a chance to meet/date/etc various women from Russia/Asia/Ukraine/etc, presumably in connection to Defendants business model as described in Paragraph 3.

6. It is infeasible for Plaintiff to include exhibits of all 223 UCE's, but a randomized sample of them are included at the end of this complaint in Exhibit A. Do note that some of the UCE's, which A: no longer appear as they originally did at the time they were sent and fully operational and B: were NOT captured/screenshotted by Plaintiff "in time", appear with blanks and other "missing" sections. Nonetheless, Plaintiff warrants under penalty of perjury under the laws of the state of California, that he has brought them before this court in good-faith, plausibly alleging to the best of his knowledge that those emails, too, are associated with the defendant and are similar in nature to the UCE's which WERE photographed "In time":

7.  Most-or-all of the UCE's have 'sending domains' or 'from domains' which are untraceable through a whois search.  For some, the "registrant" is redacted, or contains intentionally gibberish information, which Plaintiff has not been able to associate with any person or business entity which can be held accountable.  This is very important, as caselaw surrounding the "traceability of the sending domain through a whois search" suggests that untraceable sending domains constitute a forged header pursuant to caselaw of California Business and Professions Code 17529.5 ("California Anti-Spam Law") which is nearly identical to SD Anti-Spam Law, almost copy-and-paste as it relates to the relevant sections which are material to this complaint.  (*Balsam V Trancos*) and (*Greenberg V Digital Media Solutions*) and many other cases finding, *inter alia*, that untraceable-by-whois 'sending domains' constitute a materially forged header, as is relevant to the section, and further that the ("Advertiser") is strictly liable the untraceable "from domains" in emails sent by the ("Sender") or ("Initiator")  *Greenberg V Digital Media Solutions.*

8.  The 'from domains' include, but are not necessarily limited to the following:

Some of the spams are have a sending domain of thurothe.com,

Some of the spams are have a sending domain of inatrfoduce.com

Some of the spams are have a sending domain of earthosting.eu.org

Many of the spams have a 'sending domain' of various .com domains, appearing in the 'from line', consisting of a long string of numbers.  Upon review, it would appear that most or all of these nonsensical numerical domains have never been registered before, and therefore it is impossible that

Sign Envelope ID: 03DF2A22-75F5-4417-B677-93A8418AD757

the emails were sent from those domains.  A random, non-exhaustive sample of those numerical 'from' domains are:

091610154024140971.com, 974247778416844723.com, 404906630140536848.com, 250258220296055518.com, 909982093148133115.com, 506287530371476797.com, 197629412681902859.com, 483764616961473669.com, 456907293128963523.com, 710783204014912035.com, 338535053561050679.com, 897669404323930318.com, 196503368906826437.com, 130556469398322389.com, 312825559918693755.com, 158047320722806777.com, 891114612527980235.com, 948184302592894838.com, 250213941084486912.com, 660077506835457585.com, 588842847872879199.com, 069035439354792665.com, 115681806551231226.com, 880175041434513139.com, 283660821419369288.com, 970736263517513177.com, 879338920659527928.com, 288611082623385374.com, 172924215694731560.com, 346359892498673853.com, 732429882166462933.com, 800313262815884832.com, 654578132951492981.com, 834186157412456665.com, 013769401505859744.com, 960658783960530078.com, and so on, and so on, and so on.

Whois data for purported 'sending domain' thurothe.com as of 05/05/22:

5/5/2022                      ThurOtHe.com WHOIS, DNS, & Domain Info - DomainTools

Home > Whois Lookup > ThurOtHe.com

## Whois Record for ThurOtHe.com

**Domain Available**

### thurothe.com is for sale!

The domain you are researching is available for registration.

| Buy thurothe.com |
| --- |

**– Domain Profile**

| | |
| --- | --- |
| Domain Status | Deleted And Available Again |
| IP History | 6 changes on 6 unique IP addresses over 2 years |
| Registrar History | 1 registrar |
| Hosting History | 2 changes on 2 unique name servers over 2 years |

**– Website**

| | |
| --- | --- |
| Website Title | None given. |
| Terms | 21 (Unique: 19, Linked: 1) |
| Images | 1 (Alt tags missing: 0) |
| Links | 2  (Internal: 0, Outbound: 1) |

**Whois Record**

 **Whois Record Not Available**
This domain is not registered.

DomainTools Iris
More data. Better context.
Faster response.

Learn More

**Tools**

https://whois.domaintools.com/thurothe.com                                         1/3

Whois data for purported 'sending domain' inatrfoduce.com as of 05/05/22:

5/5/2022                          InatRfODuce.com WHOIS, DNS, & Domain Info - DomainTools

Home >  Whois Lookup >  InatRfODuce.com

## Whois Record for InatRfODuce.com

**— Domain Profile**

| | |
|---|---|
| **Registrant** | **Eldridge Engels** |
| **Registrant Country** | us |
| **Registrar** | NAMECHEAP INC NameCheap, Inc.<br>IANA ID: 1068<br>URL: http://www.namecheap.com<br>Whois Server: whois.namecheap.com<br>abuse@namecheap.com<br>(p) 19854014545 |
| **Registrar Status** | addPeriod, clientTransferProhibited |
| **Dates** | 357 days old<br>Created on 2021-05-12<br>Expires on 2022-05-12<br>Updated on 0000-12-31 |
| **Name Servers** | DNS1.REGISTRAR-SERVERS.COM (has 8,232,717 domains)<br>DNS2.REGISTRAR-SERVERS.COM (has 8,232,717 domains) |
| **Tech Contact** | Eldridge Engels<br>4029 Washington Avenue,<br>Jackson, MS, 39213, us<br>khadijaka715@gmail.com<br>(p) 19339808789 |
| **IP Address** | 185.174.28.112 - 43 other sites hosted on this server |
| **IP Location** | - Denizli - Denizli |
| **ASN** | AS51559 NETINTERNET Netinternet Bilisim Teknolojileri AS, TR (registered Sep 28, 2010) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 2 changes on 2 unique IP addresses over 1 years |
| **Registrar History** | 1 registrar |
| **Hosting History** | 1 change on 2 unique name servers over 1 year |

**— Website**

https://whois.domaintools.com/inatrfoduce.com                                    1/5

---

7

COMPLAINT

Sign Envelope ID: 03DF2A22-75F5-4417-B677-93A8418AD757

Whois data for purported 'sending domain' Earthosting.eu.org as of 05/05/22:

Sign Envelope ID: 03DF2A22-75F5-4417-B677-93A8418AD757

5/5/2022                           EarthOsting.eu.org WHOIS, DNS, & Domain Info - DomainTools

Home > Whois Lookup > EarthOsting.eu.org

## Whois Record for EarthOsting.eu.org

**▬ Domain Profile**

| | |
|---|---|
| **Registrar Status** | taken |
| **Name Servers** | NS1.BYET.ORG (has 26,701 domains)<br>NS2.BYET.ORG (has 26,701 domains)<br>NS3.BYET.ORG (has 26,701 domains)<br>NS4.BYET.ORG (has 26,701 domains)<br>NS5.BYET.ORG (has 26,701 domains) |
| **Tech Contact** | — |
| **IP Address** | 185.27.134.215 - 351 other sites hosted on this server |
| **IP Location** | ▓ - North Tyneside - Brunswick Village - I Fastnet Ltd |
| **ASN** | ▓ AS34119 WILDCARD-AS Wildcard UK Limited, GB (registered Oct 28, 2004) |
| **IP History** | 4 changes on 4 unique IP addresses over 3 years |

**▬ Website**

| | |
|---|---|
| **Website Title** | None given. |

Whois Record ( last updated on 2022-05-05 )

```
% NOTE: The registry for this domain name does not publish ownership
%       records (whois records) in the standard format.  This data
%       represents the most likely status of the domain based on
%       information provided by the Internet's domain name servers (DNS).
domain: earthhosting.eu.org
status: taken
nameserver: ns1.byet.org
nameserver: ns2.byet.org
nameserver: ns3.byet.org
nameserver: ns4.byet.org
nameserver: ns5.byet.org

% For more information, please visit http://www.pir.org
```

Whois data for one of the random numerical domain names [091610154024140971.com] has

9

COMPLAINT

been picked and displayed below:

5/5/2022

091610154024140971.com WHOIS, DNS, & Domain Info - DomainTools

Home > Whois Lookup > 091610154024140971.com

## Whois Record for 091610154024140971.com

**Domain Available**

### 091610154024140971.com is for sale!

The domain you are researching is available for registration.

Buy 091610154024140971.com

**— Domain Profile**

| Domain Status | Never Registered Before |
| --- | --- |

**— Website**

| Website Title | None given. | ↱ |
| --- | --- | --- |

**Whois Record**

 **Whois Record Not Available**
This domain is not registered.

**DomainTools Iris**
More data. Better context.
Faster response.

Learn More

**Tools**

| Hosting History |
| --- |
| Monitor Domain Properties | ▾ |
| Buy This Domain |
| Visit Website |

| ⬇ Preview the Full Domain Report |
| --- |

https://whois.domaintools.com/091610154024140971.com

1/2

10

COMPLAINT

9. In addition to the 'from domains' being non-existent, expired, or otherwise having gibberish or untraceable whois data, the "TO:" line in most of these UCE's is outright falsified. Plaintiff warrants that all of the UCE's were received at his email address, thehebrewhammerjosh@gmail.com. However, the 'TO' line in these UCE's appear with various 'variations' of plaintiff's actual email address, including but not limited to:

thehebrewhammerjosh@gmail.com **mod**, **thehebrewhammerjos91836001@itlgopk.uk**, **thehebrewhammerjos87341231@itlgopk.uk**,     **thehebrewhammerjos25715569@itlgopk.uk**,  thehebrewhammerjos22486106@itlgopk.uk,

and so on, and so on, and so on...

10. Some of the UCE's also have 'misleading subject lines', the relevance of which will be described later in the complaint. Some of those 'misleading subject lines' include:

□□□□□□ □□□□□□□□□□ □□□□□□□□□ □□□□□□□□□□ □□□□□□, □□□□!□□ (misleading because the email implies that therre is a particular 'Asian Girl' which will make [the recipients] night hoot. In actuality there is no such particular girl being referenced, nor does the sender know if this non-existent female have any intention of making the recipients 'night hoot' )

□□□□□□□ □□□□□ □□□□□ □□□ □□□□□□□ □□□ □□□ □□□□ (misleading because it implies that these so-called 'exotic Asian Women' are waiting for [the recipient] now, but in actuality these 'exotic Asian Women,' to the extent they exist, have know knowledge of the existence of the recipient, let alone have any desire to 'wait for him' )

□□□□ □□□□□□□□□□□□ □□□ □□ □□□ □□□□□□□□□ (misleading because it states that "Hot" Russian Women have sexual interest in the recipient. To the extent these Russian women even exist, they have no knowledge of the existence of the recipient, let alone 'want [him] in bed tonight' )

□□□□□□ □□ □□□□ □□ □□□ (□□□ □□□ □□□□□□□□ □□□□□□□□)□ (implies that a female named Hanna is near the recipient. To the extent Hannah exists and is associated with the Qpid Network...setting aside that this borders on prostitution/ human trafficking... 'Hanna' has never heard of the recipient, let alone where the recipient lives, thus it is impossible for the sender to know if 'Hanna' is actually geographically close to 'the recipient.' )

11. Most-or-all of the UCE's contain domain names (links) in the main "call to action" of the commercial email advertisement belonging to bit.ly OR storage.googleapis.com. Bit.ly "shortened links" such as the ones contained in these UCE's are owned and operated by Bitly Inc, and as such are governed by Bit.ly's Terms of Service. Google Api's are owned and operated by the famous

11

COMPLAINT

Sign Envelope ID: 03DF2A22-75F5-4417-B677-93A8418AD757

Google, LLC, and are governed by the Google Terms of Service.

Beginning with how Google [Api's] links were used without Google's permission, and in fact with Google's express **dis**permission:

The main "call to action" button of many of the UCE's include a googleapis.com link such as:

https://**storage.googleapis.com**/medya00/redirectDOM80.html#1A0sd5plce2seke31r3vo9q1qjg7q7 1cvp035018t1

"storage.googleapis.com" is bolded above because googleapis refers to "Google Api's", is owned by Google, and has clear terms and conditions associated with the use of Google Api's.  The Google API Terms of Service is available here:

https://developers.google.com/terms#b_compliance_with_law_third_party_rights_and_other_googl e_terms_of_service

Violations of those TOS include:

Section 2: Using Our APIs

(b) Compliance with Law, Third Party Rights, and Other Google Terms of Service You will comply with all applicable law, regulation, and third party rights (including without limitation laws regarding the import or export of data or software, privacy, and local laws). You will not use the APIs to encourage or promote illegal activity or violation of third party rights.

Section 4: Api Prohibitions When using the APIs, you may not (or allow those acting on your behalf to):

(a)(5): Promote or facilitate unlawful online gambling or disruptive commercial messages or advertisements.

1    As such, the use of the Googleapis link in these UCE's means that the domain was used in these

2    UCE's without the permission of the third party [Google LLC].

3    12.  Continuing onwards to Bit.ly inc, the UCE's containing a Bit.ly link such as

4    "https://bit.ly/3ojdesv" for its main "call to action" violate Bit.ly's Terms of Service (available here:

5

6    https://bitly.com/pages/terms-of-service), and therefore use the bit.ly link in these UCE's without

7    the permission of the third party [Bitly Inc]. The most prominent Bit.ly TOS violation is found in

8    6(1) representations and warranties, with important parts bolded:

9

10   Customer Content Warranties. Customer represents and warrants that Customer Content and all

11   information on which the Bitly Link Metrics are based, and the receipt, collection, use and

12   provision thereof, shall not infringe or **violate any third party rights**, including without limitation

13   any intellectual property, privacy and publicity rights; (ii) the Customer Content, and any

14   information on which the Bitly Link Metrics are based, was received, collected, used and provided

15

16   to Bitly in compliance with **all applicable laws, rules and regulations** and self-regulatory

17   guidelines and requirements, including without limitation laws on **privacy and data security,**

18   **unsolicited messaging, unfair or deceptive practices,** or United States trade or export restrictions

19   ("Laws"); (iii) it has **obtained all necessary consents**, approvals or other authorizations or

20   permissions for, and has complied with its posted privacy policies and all third-party terms and

21   conditions or privacy policies in connection with, its receipt, use and/or provision of the Customer

22   Content and all information on which the Bitly Link Metrics are based; and (v) that none of the

23   Customer Content or information or data on which the Bitly Link Metrics are based contains any

24   personally identifiable information or persistent identifiers from individuals under the age of 13.

25

26

27   13.  The sending domains were described in paragraph 8, but those sending domains are associated

28

with the third-party marketing partners of Defendant utilized by those third parties to send the UCE's.. The eventual "landing pages" of the UCE's (eg where the recipient is taken when they click on the call to action in the UCE's ) are owned by, or at *least* controlled by Defendant, the importance of which is explained later on.  Essentially, defendant is alleged to own domain names, maintain the "dating websites" which are viewable at those domain names, and the third party marketers drive traffic to defendants dating domains/websites through, *inter alia,* mass unsolicited commercial electronic mail.  Defendants websites, which are the eventual landing page of the UCE's, and are material to the functioning of the UCE's, include but are not necessarily limited to:

DateNiceRussian.Com, FindCuteRussian.Com, MeetAsianLady.Com, MeetHotRussian.Com, MeetRussianLady.Com.

14. Each and every one of the domains in paragraph 13 have a registrar of NameCheap, Inc, which is based in Phoenix AZ.  While the whois data for these domains is redacted, or otherwise is untraceable, plaintiff is informed and believes that these domains are owned by, or at *very least* controlled by, Defendant.

15. In support of the allegations of paragraph 14, Plaintiff presents screenshots of the websites hosted on those domains, demonstrating the Defendants ownership of the same: