Joshua A. Lapin
thehebrewhammerjosh@gmail.com
Facsimilie: (605) 305-3464

Legal Residential Address:
401 E 8th St STE 214 PMB 7452
Sioux Falls, SD 57103

*Pro-Se Plaintiff*

5/10/2022



FILED
MAY 31 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| JOSHUA LAPIN | Case No. C 22 03158 NC |
|---|---|
| Plaintiff, | |
| v. | **PLAINTIFF JOSHUA LAPIN'S MOTION FOR LEAVE TO E-FILE IN THIS ACTION** |
| AML Network Limited, et al | |
| Defendants. | |

COMES NOW Plaintiff Joshua Lapin, pro-se plaintiff in his individual capacity, moving this court to GRANT Plaintiff Joshua Lapin's motion to file documents electronically in this case using CM/ECF. He submits this request for the following reasons:

**1) AS A FULL-TIME TRAVELER AND A "DIGITAL NOMAD" RECEIVING MAIL IS HARD**
While Plaintiff maintains a Personal Mailbox (PMB) in Sioux Falls, South Dakota, as seen in the header of this motion and in the complaint as well, it is "hit or miss", and Plaintiff would more reliably receive motions, pleadings, and orders by fax, by email, or by some other e-notification.

**2) SENDING MAIL IS DIFFICULT AS WELL**
Since he is always out of the country, Plaintiff relies on an online mailing service called "Postalocity" from which to send domestic mail. However, the cost is greater than standard USPS rates, and often the mailing date is 1-2 days later than what would otherwise be available, had plaintiff been physically in the United States and near a post office.

(Continued Next Page)

Being that the defendants are business entities, they MUST be represented by a California-licensed attorney, as an entity cannot be represented pro-se. Therefore, as an California attorney, opposing counsel will enjoy automatic e-filing rights, through CM/ECF or other similar system. They can file a motion and it will be received by the clerk and dated the "same day".

Further, while Plaintiff will ask opposing counsel (and the clerk) to send him copies of pleadings by email or fax, they are not obligated to do so, and receiving pleadings by mail would cause great delay and prejudice to plaintiff for the reasons described in point #1 of this motion.

The combined delays in receiving pleadings (point #1) AND in sending pleadings (point #2), gives defendant a tremendous advantage over plaintiff, and decreases the time plaintiff has to file his responses and other pleadings.

## THE PREJUDICE WOULD BE LARGELY MITIGATED THROUGH CM/ECF (OR SIMILAR)

Through CM/ECF or another similar system, Plaintiff would get instant notification of new filings in this matter, and also could file motions, responses, replies, and other pleadings through CM/ECF without the delay and expense associated with mail, let alone mail from abroad.

## REGISTERING AS A PRO-SE FILER IS CURRENTLY UNAVAILABLE; REQUIRES LEAVE

Being a non-attorney, plaintiff can follow this case on PACER but is unable to e-file through a CM/ECF account linked to PACER without leave from this court.

## E-FILING WILL ALLOW PLAINTIFF'S PLEADINGS TO BE RECEIVED IN COLOR

Currently, through the online mailing service "postalocity" that plaintiff relies on, the complaint and other pleadings are being sent to the court in black-and-white, and likely in reduced quality as well.
The complaint relies on many, many visual aids and exhibits, and justice would best be served if Plaintiff can upload the original complaint, exhibits, and documents in their original quality and full color, as is available through CM/ECF.

## CERTIFICATE OF SERVICE

Plaintiff will serve this motion onto the Defendants by serving it alongside the summons and complaint.

DocuSigned by:
*Joshua Lapin*
1DE3D18A0C384C1...
**Signature**

5/10/2022
**Date**