Name: _____
Address: _____
_____
Phone Number: _____
E-mail Address: _____
*Pro Se*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| _____<br>Plaintiff,<br><br>vs.<br><br>_____<br>Defendant. | Case Number: _____<br><br>**ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: June 3, 2022

_____
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins