## RESIDENCY AFFIDAVIT
## FOR SOUTH DAKOTA RESIDENTS WHO TRAVEL
## AND DO NOT HAVE A RESIDENCE IN ANOTHER STATE

The purpose of the following questions is to determine if you meet the qualifications for an exception of the proof of residency requirements for obtaining a South Dakota Driver License or non-driver ID card.

This form must be signed by a notary of the public or a South Dakota driver license examiner.

1. Is South Dakota your state of residence? _X_ Yes _____ No

2. Is South Dakota the state you intend to return to after being absent? _X_ Yes _____ No

3. Do you maintain a residence in another state? _____ Yes _X_ No

This form must be accompanied by a valid one night stay receipt (no more than one year old) from a local RV Park, Campground, or Motel for proof of the temporary address where you are residing.

In addition you must submit a document (no more than one year old) proving your personal mailbox (PMB) service address (receipt from the PMB business or a piece of mail with your PMB address on it).

PLEASE NOTE: South Dakota Driver Licensing records are used as a supplemental list for jury duty selection. Obtaining a South Dakota driver license or non-driver ID card will result in you being required to report for jury duty in South Dakota if selected.

I declare and affirm under the penalties of perjury (2 years imprisonment and $4000 fine) that this claim (petition, application, information) has been examined by me and, to the best of my knowledge and belief, is in all things true and correct. Any false statement or concealment of any material facts subjects any license or ID issued to immediate cancellation.

JOSHUA Lapin
PRINT NAME

03/05/21
DATE

_____
SIGNATURE

_____
Notary/South Dakota Driver License Examiner Signature

(SEAL)

Commission Expires: _____

If applicant is under the age of 18 a parent's signature is required.

_____
PARENT'S NAME

_____
DATE

_____
PARENT'S SIGNATURE

REV 5-2019

Personal Mailbox Rental &
Mail Forwarding Agreement

This agreement, known as the Personal Mailbox Rental & Mail Forwarding Agreement, for the
services specified below, is between, **Standing Bear LLC/Your Best Address** (known as (Your
Best Address) and (Your Name's)   Joshua Lapin

(known as *Customer)* was entered into on **(DATE)**   02/25/21

### A. Payment for Services:

Any services requested by the Customer, including personal mailbox rental, digital mail, and other services
shall be paid by the *Customer* Annually (Once Per Year) and in advance. A standard handing charge of $1.50
per mailing shipment will be paid by the Customer. Any charges, including fax forwarding and copying charges,
shall be paid from the Customer's Postage Escrow Account. If a customer calls into the office and requests
a listing of the contents of their personal mailbox, a handling fee of $1.50 will be taken out of your
Postage your Postage Escrow Account.

If Customer's Postage Escrow Account reaches a $0.00 balance,  *NO*  mail will be forwarded until
Customer provides sufficient funds for the service to continue. If Customer's Personal Mailbox Rent is
past due over 60 days; *No*  mail will be forwarded until Customer provides sufficient funds for the service to
continue.

### B. Termination of Services

Customer agrees that, upon termination of service for any reason, Your Best Address shall use all remaining
Postage Escrow funds towards forwarding all mail currently held or delivered within 30 days of termination
of services either to Customer's current address on file or to another address provided by Customer at the
time of termination. If additional funds are required for the mail to be forwarded to Customer, Customer
shall provide said funds. If Customer's Postage Escrow account remains at a $0.00 balance for 30 days,
services will be automatically terminated. In the event of termination of services, there shall be no refund
for unused or cancelled services. By signing this agreement, Customer provides written instructions that
any mail need not be forwarded at termination of service with Your Best Address unless appropriate postage,
has been paid. Your Best Address will adhere to applicable state law, federal law, and federal agency
regulations.

### C. How to Begin Services

**The Customer is responsible** for contacting the U.S. Post Office. www.USPS.com, to initiate the mail
Forwarding process. When completing this task complete the street address portion (401 E. 8th St,
Suite 214) and then you will be prompted to add your PMB #.

All information in this contract must mirror the information on the USPS Form 1583.

### D. Sample Customer Mailing Address

Line 1: Customer's Name and/or Business Name

Line 2: 401 E 8th St., Ste 214 (Your Personal Box (PMB) number) 7452

Line 3: Sioux Falls, South Dakota 57103

E. Confidentiality

All personal information give by Customer to Your Best Address shall remain strictly confidential. Your Best Address will not sell, rent, or otherwise give away any confidential information of Customer, except to satisfy requests made by local or federal law enforcement agencies or postal inspectors according to federal law. The use of Your Best Address for any unlawful purpose is strictly prohibited. If Customer uses any service provided by Your Best Address in violation of South Dakota or Federal Law, all services to Customer will be terminated pursuant to Section B (Termination of Services)

F. Arbitration Clause

Any claim or controversy arising out of or relating to this agreement shall be settled by binding arbitration. This Arbitration shall be conducted under the rules of the Commercial Arbitration Rules, promulgated by the American Arbitration Association, except for the provisions listed explicitly below. The arbitration hearing shall take place in Sioux Falls, South Dakota before single arbitrator who shall be chosen by the party not seeking arbitration. The arbitration will be done in accordance with relevant South Dakota and Federal Laws. The scope of discover for this process shall be decided by the arbitrator. No demand for arbitration may be made when the legal or equitable proceedings the claim is based on would be barred by the applicable stature of limitations. The arbitrator shall not award punitive damages. The party demanding arbitrations or any legal or equitable claim that will give rise to arbitral proceedings under this clause shall pay for arbitrator compensation and applicable filing fees. The arbitration proceedings and arbitration award shall be kept strictly confidential by the parties, except as otherwise required by law for enforcement of said agreement.

G. Contact Information

Customer service is very important to us. Your Best Address is happy to answer any questions that you might have. Please contact us through whichever method you would prefer.

Office hours are Monday thru Friday – 9:00 AM to 5:00 PM Central Daytime Time

Mail us at: **Your Best Address**
**401 E 8ᵗʰ St., Ste. 214**
**Sioux Falls, SD 57103**

Email us at: mail@yourbestaddress.com     Mail

billing@yourbestaddress.com   Billing

billing@yourbestaddress.com   Clients and New Clients Registration

manger@yourbestaddress.com

vehicles@yourbestaddress.com - Vehicle Registration

Call us at 1-800-419-1690 or 605-334-5313.

H. Vehicle Registration

If you wish to request vehicle registration, please refer to the separate Vehicle Registration form. *Your Best Address is **UNABLE** to process any Vehicle Registration requests until this PERSONAL MAILBOX & MAIL FORWARDING AGREEMENT and all applicable paperwork has been received and processed by Your Best Address. **This typically takes 1 week**, at which point we will contact you.*

Your Best Address – 401 E. 8th St., Ste. 214, Sioux Falls, SD 57103

*Please print and sign. Each person on the application must print and sign.*

*Print Customer's Name:* __Joshua Lapin__                        *Date:* 02/25/21   *2020*

*Customer's Signature:* ___Joshua Lapin___                      *Date:* _____ *2020*

*Print Customer's Name:* __Joshua Lapin__                        *Date:* 02/25/21   *2020*

*Customer's Signature:* ___Joshua Lapin___                      *Date:* _____ *2020*

Your Best Address Representative Signature: __Vida Wheat__              Date: _2-26-21_ ~~2020~~

Thank you for choosing Your Best Address!!  We look forward to serving you!!

# Your receipt from Airbnb

@ airbnb

Receipt ID: RC48WK92BZ · February 2, 2021

## Rapid City

### 28 nights in Rapid City

Tue, Feb 23, 2021      Tue, Mar 23, 2021
Private room · 1 bed · 1 guest

**Redacted**
Rapid City, SD 57701
United States

Hosted by: Jamie & Jessica Hubner

Confirmation code: HM4ABA2DPY
Go to itinerary · Go to listing

Traveler: Joshua Lapin

### Cancellation policy

Cancel before 3:00 PM on Feb 23 and get a full refund, minus the first 30 days and the service fee. Get full details

Cutoff times are based on the listing's local time

### Have a question?
Visit the Help Center

## Price breakdown

| | |
|---|---|
| $54.00 x 28 nights | $1,512.00 |
| 20% monthly price discount | -$302.40 |
| Cleaning fee | $7.00 |
| Service fee | $129.17 |
| **Total (USD)** | **$1,345.77** |

## Payment

| | |
|---|---|
| MASTERCARD •••• 0840 | $1,345.77 |
| February 2, 2021  12:15:47 PM MST | |
| **Amount paid (USD)** | **$1,345.77** |

**Airbnb service fee**
Includes applicable VAT charges. Go to Payment Details to view VAT invoice.

**Occupancy taxes**
Occupancy Taxes include Gross Receipts Tax (Rapid City), General Sales and Use Tax (South Dakota), Occupational Tax (Rapid City Business Improvement District No. 1), Tourism Promotion Tax (South Dakota), General Sales and Use Tax (Rapid City).

**Airbnb Payments, Inc.**
Airbnb Payments is a limited payment collection agent of your Host. It means that upon your payment of the Total Fees to Airbnb Payments, your payment obligation to your Host is satisfied. Refund requests will be processed in accordance with (i) the Host's cancellation policy (available on the listing) or (ii) Airbnb's Guest Refund Policy Terms, available at www.airbnb.com/terms. Questions or complaints: contact Airbnb Payments Inc. at +1 (844) 234-2500.

**Airbnb Stays, Inc.**
The contracting entity is Airbnb Stays, Inc. which jointly controls data processing with Airbnb Ireland UC.

**Payment processed by:**
Airbnb Payments, Inc.
888 Brannan Street, San Francisco, CA 94103

Airbnb, Inc.
888 Brannan St, San Francisco, CA 94103
www.airbnb.com

@ airbnb





SOUTH DAKOTA
**SECRETARY OF STATE**    **STEVE BARNETT**

Contact us

Request Absentee Ballot | Pistol Permits | Lobbyist Registration | Campaign Finance Reports | Search by Subject |

## Voter Registration Information for

**Residence Address**
**Joshua Albert Lapin**
**401 E 8TH ST, SIOUX FALLS**
**Political Party: REP**

| | |
|---|---|
| **County:** | Minnehaha |
| **Legislative District:** | 15 |
| **County Commissioner District:** | |
| **Municipality:** | Sioux Falls |
| **School District:** | Sioux Falls School District 49-5 |

View Sample Ballot

Your sample ballot is not available for viewing yet.
*Not all schools and municipalities currently conduct their elections with this system. If you believe this information is in error, please contact your County Auditor for more information.*

| | |
|---|---|
| **Polling Place Name:** | Sioux Falls Main Library |
| **Polling Place Address:** | 200 N Dakota Ave, Sioux Falls, SD |
| **Precinct:** | Precinct-0414 |