Joshua Lapin, Pro Se Plaintiff

401 E 8th ST
STE 214 PMB 7452
Sioux Falls SD 57103

Email: thehebrewhammerjosh@gmail.com

Facsimile: (605) 305-3464

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**IN AND FOR SAN JOSE**

| | |
|---|---|
| Joshua Lapin | ) |
| Plaintiff, | ) Case No.: 5:2022cv03158 |
| vs. | ) |
| AML Network Limited dba Qpid Network | ) **PLAINTIFF'S MOTION TO APPEAR VIRTUALLY AND/OR TELEPHONICALLY IN THE FORTHCOMING CASE MANAGEMENT CONFERENCE, OR ALTERNATIVELY TO CONTINUE THE SAME, PURSUANT TO Civil L.R. 7** |
| John Doe Senders 0-5 | ) |
| Defendant | ) |

COMES NOW Plaintiff Joshua Lapin, pro se, respectfully moving the court to allow all parties and council to appear remotely, by telephone and/or videoconference, in lieu of personal appearance in the forthcoming Case Management Conference.

1

COMPLAINT

## ARGUMENT

1.  Both parties are domiciled thousands of miles from the forum.  Defendant AML Network Limited admits it is a Shatin, Hong Kong corporation with a Marshall Islands parent company.  Plaintiff Joshua Lapin is an individual living in Sioux Falls, South Dakota.

2.  Flights are very expensive from Sioux Falls, South Dakota; Southwest does not operate in the state and United and American flights to/from Sioux Falls and San Jose are generally $400-$600 each way.  Plaintiff would also need to house himself in an AirBnb, and uber/lyft to/from the courthouse.  All-in-all, thousands of dollars would be incurred in order to attend a ten-minute, routine, case management conference hearing which could easily be conducted by telephone, zoom, or microsoft teams.  Defendant, on the other hand, is represented by Squire Patton Boggs, whose sole office in California is as far south as Los Angeles.  Further, Brent Owen of the same firm resides in Denver, and would likely benefit from the ability to watch or participate from afar.

3.  An in-person requirement would likely reduce the prospects of the parties settling this matter, provided it survives the pending motion to dismiss, as the costs on both sides would have increased and needlessly so.

## ALTERNATIVE REQUEST FOR RELIEF

4.  If this court decides to keep the case management hearing "traditional," thereby denying leave to appear by remote means, plaintiff would request the same to be postponed not sooner than two weeks from the order, such that cost-effective flights and AirBnb's can be arranged, and prejudice thereby minimized.  Plaintiff reminds the court that he is a natural person or more modest means than the wealthy and powerful corporate defendant.

## L.R. 16-2(d)(2) CONFER STATEMENT

Plaintiff texted Mr. Owens asking for his position on the same, and will update this motion if the need arises.

**Certificate of Service**

This motion will be served onto AML Network Limited's counsel, Brent Owen of Squire Patton Boggs (US) LLP, through CM/ECF. A courtesy copy will also be sent by email to Mr. Owen and staff.

/s/ Joshua A. Lapin
Joshua A Lapin
Pro Se Plaintiff 03/16/23
_____

Signature